# United States Court of Appeals

## For the Seventh Circuit
## Chicago, Illinois 60604

August 14, 2001

Before

**Hon.** RICHARD D. CUDAHY, Circuit Judge

**Hon.** JOHN L. COFFEY, Circuit Judge

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

| | |
|---|---|
| **Nos.** 99-3777, 99-3844, 99-3877 & 00-4295 | |
| GREAT LAKES DREDGE & DOCK COMPANY, *Plaintiff, Counterdefendant-* Appellee, | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division. |
| **v.** | |
| CITY OF CHICAGO, *et al.,* *Defendants, Counterplaintiffs-* Appellees, | No. 94 C 2579 Joan B. Gottschall, *Judge.* |
| **v.** | |
| COMMERCIAL UNION INSURANCE COMPANY, *et al.,* *Defendants-Appellants.* | |

.

**Order**

The opinion of this court issued on August 10, 2001, is amended to include case number 99-3777.